UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

DON H. BLAND and other
similarly situated employees,

    Plaintiff(s),

vs.

DALEY & WANZER, INC., a Foreign Profit
Corporation and HERBERT FLECK, JR.,
Individually,

    Defendants.
_____/

# **DEFENDANTS' NOTICE OF REMOVAL**

Defendants DALEY & WANZER, INC., a Foreign Profit Corporation ("DALEY & WANZER") and HERBERT FLECK, JR., Individually ("FLECK")( DALEY & WANZER and FLECK are referred to collectively as "Defendants"), by and through undersigned counsel, pursuant to 28 U.S.C. §§1441 and 1446, file this Notice of Removal of a state court civil action filed and pending in the Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida, to the United Stated District Court for the Southern District of Florida, and state:

    1.    Plaintiff DON H. BLAND ("BLAND" or "Plaintiff") filed his civil action against Defendants on August 18, 2016, in the Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida, where it was assigned Case No. 50-2016-CA-009378-XXXX-MB (Division AN).  Copies of all pleadings known by the undersigned to have been filed in the state action are attached to this Notice as Exhibit "A."

2. In his civil action, BLAND asserts a claim against Defendants for allegedly-unpaid overtime wages, purportedly in violation of the Fair Labor Standards Act, as amended, 29 U.S.C. §201, *et seq*. Because BLAND's claim arises under the laws of the United States, *i.e.*, is a federal question, this Court has original jurisdiction pursuant to 28 U.S.C. §1331.

3. Venue is proper under 28 U.S.C. §1441(a) because the action was filed and is pending within the Southern District.

4. On September 28, 2016, Defendant DALEY & WANZER was served through its Florida Registered Agent. On September 29, 2016, a member of Defendant FLECK's family discovered a copy of the Summons and Complaint on the floor of the unenclosed front porch at FLECK's personal residence in Massachusetts, underneath a piece of furniture, where apparently the papers had been blown in inclement weather; the Summons has a handwritten notation purporting to show that it was left at the premises on September 27, 2016. Accordingly, this Notice of Removal is timely filed pursuant to the provisions of 28 U.S.C. §1446(b), as to both Defendants.

5. Defendants are filing a copy of this Notice of Removal with the Clerk of the Circuit Court for the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida, this same date, October 11, 2016, effecting removal pursuant to 28 U.S.C. §1446.

6. Defendants also are providing written notice of the removal to Plaintiff's counsel this same date, October 11, 2016.

WHEREFORE, Defendants DALEY & WANZER and FLECK remove this action to the United States District Court for the Southern District of Florida.

Respectfully submitted,

By: s/*Linda J. Ehrlich*
  LINDA J. EHRLICH, Esq.
  Fla. Bar No.  318604
  E-mail: orechetdin@aol.com
  LINDA J. EHRLICH, P.A.
  5355 Town Center RD, Ste. 801
  Boca Raton, FL  33486
  Telephone:  561-391-4900
  Cell phone: 561-213-0917
  Facsimile:   561-368-9274
  Attorney for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 11, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to Jason S. Remer, Esq., who also is being notified by other electronic means this date.

By: s/*Linda J. Ehrlich*